# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1515.  ISAAC JAMALL SPANN v. WESTLAKE SERVICES, LLC.**

Westlake Services, LLC filed a suit on contract against Isaac Jamall Spann. The trial court entered a judgment in Westlake's favor in the amount of $7,760.99 plus court costs.  Spann then filed this direct appeal.  We, however, lack jurisdiction.

Where a money judgment in an action for damages totals $10,000.00 or less, a party must follow the discretionary appeal procedures to obtain appellate review. See OCGA § 5-6-35 (a) (6).  Because Spann failed to follow the required procedure, his appeal is hereby DISMISSED for lack of jurisdiction. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/16/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*